# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

WARREN B. MARKER,

    Petitioner,

vs.                                                                              Civ. No. 17-508 KG/LF

V. HORTON, *Warden*, and
HECTOR BALDERAS, *Attorney
General of the State of New Mexico*,

    Respondents.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order filed contemporaneously herewith, the Court issues its final judgment finally disposing of this case.

IT IS THEREFORE ORDERED that Warren Marker's Petition Under 28 U.S.C. § 2254 for a Writ of Habeas Corpus ("Petition"), filed May 1, 2017, (Doc. 1) is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE